# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RENETTA GLOVER, ET AL.

VERSUS

DG LOUISIANA, LLC, ET AL.

CIVIL ACTION

NO. 14-151-SDD-SCR

# RULING AND ORDER OF REMAND

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated June 13, 2014. Defendants have filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the *Motion to Remand*[4] filed by Plaintiffs, Renetta and Rolon Glover, is GRANTED and this matter is remanded to the 19th Judicial District Court, Parish of East Baton Rouge.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' request for costs and expenses under 28 U.S.C. § 1447(c) is DENIED.

Baton Rouge, Louisiana the 14 day of July, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-3.
[2] Rec. Doc. 14.
[3] Rec. Doc. 16.
[4] Rec. Doc. 8.

19th JDC